## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| SHAWN JASON | NO.  24-358 |

## O R D E R

**AND NOW**, this 4th day of May, 2026, upon consideration of the Government's Motion in Limine (ECF No. 26) and Defendant Shawn Jason's ("Defendant") response thereto, Defendant's Motion to Suppress Physical Evidence (ECF No. 71), Defendant's Motion to Suppress Physical Evidence pursuant to a Geofence Warrant (ECF No. 72), Defendant's Motion to Suppress Physical Evidence obtained pursuant to a StingRay (ECF No. 73), Defendant's Motion to Suppress Physical Evidence from a Hotel Room (ECF No. 86), Defendant's Reply and Motion to Suppress Evidence pursuant to the Dauphin County Order (ECF No. 105), and the Government's responses thereto, it is **HEREBY ORDERED:**

1. The Government's Motion in Limine (ECF No. 26) is **GRANTED**.

2. Defendant's Motion to Suppress Physical Evidence (ECF No. 71), Motion to Suppress Physical Evidence pursuant to a Geofence Warrant (ECF No. 72), Motion to Suppress Physical Evidence obtained pursuant to a StingRay (ECF No. 73), Motion to Suppress Physical Evidence from a Hotel Room (ECF No. 86), and Reply and Motion to Suppress Evidence pursuant to the Dauphin County Order (ECF No. 105) are **DENIED**.

BY THE COURT:

/s/ Kelley B. Hodge

_____
        HODGE, KELLEY B., J.