TRULINCS  41383511 - JASON, SHAWN - Unit: PHL-E-N

---------------------------------------------------------------------------------

FROM: 41383511
TO: Chestnut, Vernon
SUBJECT: MOTIONS
DATE: 06/21/2026 08:50:04 AM

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

                                                    BEFORE HONORABLE JUDGE KELLEY B, HODGE
                                                    DISTRICT COURT

UNITED STATES OF AMERICA

    VS                                          CRIMINAL NUMBER  024-358

SHAWN T. JASON

-------------------------------------------------------------------------------------------

                                        ORDER

-------------------------------------------------------------------------------------------

   AND NOW, this                    day of                    2026, before this Court the defendant's,

Shawn T. Jason's, pro se, MOTION TO SUPPRESS ( PROBABLE CAUSE) AND the FRUITS OF THE POISONIOUS TREE is hereby

GRANTED.

                                        _____
                                        HONORABLE KELLEY B. HODGE, DISTRICT COURT JUDGE

DATE:

TRULINCS  41383511 - JASON, SHAWN - Unit: PHL-E-N

---------------------------------------------------------------------------------------------

FROM: 41383511
TO: Chestnut, Vernon
SUBJECT: MOTIONS
DATE: 06/20/2026 07:42:29 PM

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

                                                BEFORE HONORABLE KELLEY B. HODGE
                                                DISTRICT COURT JUDGE

UNITED STATES OF AMERICA

        VS                                      CRIMINAL No. 024-358

SHAWN T. JASON

_____

                    MOTION TO SUPPRESS STATE'S WARRANT OF
                    PROBABLE CAUSE TO ARREST SHAWN T. JASON

_____

I.          INTRODUCTION

        Accused, Shawn T. Jason, moves to suppress all physical evidence and derivative information obtained as a result me being arrested + charged for a robbery of a C.V.S. in Abington, PA, in Montgomery County and an attempted robbery of another C.V.S. in Springfield, PA, in Delaware County. These robberies was in two different jurisdictions, on two different days, at different times. These charges stem from a State investigation by state law enforcement. These charges was formed from state law governed by the Commonwealth. [T]he indicia of PROBABLE CAUSE I am the robber is so lacking. To see PROBABLE CAUSE as the affiant, would be to open the door to arrest any citizen as I charging them for crimes based off of a HUNCH, SPECULATION, AND OR A CONJUCTURE, as was done here. Which can not satisfy PROBABLE CAUSE TO ARREST ME. I will show you in this motion that PROBABLE CAUSE did not exist to charge me as the robber of any of the robberies mentioned. I was subjected to the invasion of my PRIVACY & these state law enforcement TRESSPASSING based off of this STATE ARREST WARRANT LACKING PROBABLE CAUSE creating probable cause illegally as they went on.

II.         FACTUAL BACKGROUND

1.]*  On February 22, 2024, a C.V.S. pharmacy in Abington, PA., of Montgomery County was robbed and witnesses to this was interviewed. No identifications was made.

2.]*  There is nothing in discovery material, or was made apart of the evidence in State or this Federal District of anyone saying, I AM THE ROBBER or I ROBBED THESE PLACES.

3.]*  Sometime in February 2024, A detective from Abington, PA., whom investigated this case say she put out a regional crime sharing email requesting law enforcement to share similar incidents as the C.V.S. Robbery! Not Robberies she was

TRULINCS  41383511 - JASON, SHAWN - Unit: PHL-E-N

----------------------------------------------------------------------------------------

investigating to contact her.

4.]*   February 27, 2024, This detective said she was contacted by Detective Maitland of the Philadelphia Police

Department. He said he was investigating similar robberies.

5.]*   In one of the 5 robberies that happened in Philadelphia from January 23, 2024, to January 26, 2024. A car was

captured in a video and a NCIC was placed on it, in Felony status.

6.]*   On January 26, 2024, the suspected car was found being used by a Troy Quarles. Whom was questioned then

released pending further investigation. Quarles also provided his phone number.

7.]*   A search warrant was executed on the {Prius} suspected car, plus for Verizon for this person's phone number to see

where he was during the investigated robberies. This person's phone number came back being in the area of three of the

investigated robberies in Philadelphia. SEE ("EXHIBIT#1" PAGE 8 OF THE AFFIDAVIT OF PROBABLE CAUSE FOR MY
ARREST).

This person was also in possession of a get away car that was taken by state law enforcement. [ NO EVIDENCE INDICATES

I WAS EVER IN THAT CAR.] Though this detective uses this in her PROBABLE CAUSE TO ARREST ME FOR ABINGTON
C.V.S.

ROBBERY she is investigating.

8.]*   On March 8, 2024, Detective Elizabeth Cartwright of Abington PA, Police Department now decides to do a General

warrant which is UNCONSTITUTIONAL, Where there is no evidence the Robbery suspect had a phone uses this warrant for

information of all the phones that was in the area of the robbery she is investigating for Abington, which is her

JURISDICTION. She claimed her training & experience led her to T-MOBILE being the carrier. The GEO-FENCE
INFORMATION

SHE CLAIMED IN THAT AFFIDAVIT WOULD BE USED TO CROSS-REFERENCE THE (5) PHILADELPHIA ROBBERIES SHE
USES IN MY

AFFIDAVIT OF ARREST.

9.]*   Then on March 18, 2024, she decides to do another GEO-FENCE which is HIGHLY UNLAWFUL for the robberies on

March 8, & March 9, 2024, That was not her INVESTIGATION. [this is why she never mentioned filing for this warrant in

my initial arrest warrant, but uses it in other warrants down the line] These robberies was not investigated by this FEDERAL

Government and they happened in different jurisdictions and can only be investigated by their rightful jurisdiction. This

detective know this was illegal.

10.]*   On March 24, 2024, or March 25, 2024, due to the MISREPRESENTATION of the facts this detective uses, I can not

base these facts on a clear conclusion of events. She receives the spreadsheets and on my arrest affidavit states, "ONLY

ONE DEVICE WAS PRESENT AT TWO OF THE LOCATIONS DURING THE TIME FRAME OF EACH OF THE ROBBERIES.

TRULINCS 41383511 - JASON, SHAWN - Unit: PHL-E-N
-------------------------------------------------------------------------------------------------

("EXHIBIT#1" PAGE 10) She say the owner of the phone comes back to MONEY MAKERS LLC. Money makers LLC, is a business and information of ownership is protected by PRIVACY. No warrant was issued to gather correct information, this detective instead rely on a TLO to arrest me.

11.]*  Then she decides to just go to WAWA outside of Abington, but in Glenside PA., which is about 4 miles out from the C.V.S. to obtain footage in April 17, 2024, after stating to obtained data from T-MOBILE that has not been made apart of this discovery.

12.]*  Out of the footage from WAWA she positively I.D.'S me as being Shawn T. Jason and a white Acadia in the parking lot making this inference as if it is evidence of me looking like the robbery suspect and being inside of that Acadia, and that being the same Acadia used in the robbery. ("EXHIBIT#1" LAST PAGE CLOSING IN MY ARREST AFFIDAVIT OF PROBABLE CAUSE FOR ABINGTON C.V.S. ROBBERY).

III.        LEGAL ARGUMENT SUPPORT BY LAW & CONSTITUTION

(A.)  There is not PROBABLE CAUSE to say I am the robber of none of the ROBBERIES MENTIONED or the two (2) C.V.S. pharmacies, I am charged for. PROBABLE CAUSE can not be based off of MERE SUSPICION, WHIM, HUNCH, OR CONJUCTURE,

SEE, UNITED STATES VS MARTINEZ-FUERTE, 96 S.CT. 3074 (1976). I could of been the driver, I could of been just a passenger, not knowing what was taking place, for as the video show's the Acadia was not on the C.V.S. property. (there is no evidence I was even inside of the Acadia. I could of been in a totally different car which I was. Mere presence at a crime CAN NOT ESTABLISH GUILT. see, UNITED STATES VS BROWN, 828 F.3d 375. (6th cir 2016).

(A.1)  PROBABLE CAUSE to arrest must always be founded to justify FOURTH AMENDMENT challenges, SEE, DUNAWAY VS NEWYORK, 442 U.S. 200 (1979); HENRY VS UNITED STATES , 361 U.S. 98, (1959). An arrest Constitutes a "SEIZURE" of the person as I am now being held with. NO ONE IS LOOKING AT THE ENDS (THE EVENTS) BUT ALLOWING CROOKEDNESS TO BE THE MEANS. Law enforcement must have reasonable grounds to believe that a crime had been committed and that the person to be arrested committed it. see, DRAPER VS UNITED STATES, 358 U.S. 307, 310 (1959). even based on the TOTALITY OF THE CIRCUMSTANCES do not deem me the robber of none of these places, ULTIMATELY THE ONE I'M CHARGED FOR. The only part proved was a crime happened. These places used in my arrest was as UNFAIR PREJUDICE......

(B)        UNFAIR PREJUDICE + BALD & UNILLUMINATING" ASSERTIONS

B.1]*  Unfair prejudice as well as bald and unilluminating assertions of suspicion as here is entitled to no weight in the PROBABLE CAUSE DETERMINATION, see, SPINELLI VS UNITED STATES, 393 U.S. 410, 414 (1969); NATHANSON VS UNITED STATES, 290 U.S. 41, 47 (1933); also leading case, ILLINOIS VS GATES, 462 U.S. 213, 239 (1983).

TRULINCS  41383511 - JASON, SHAWN - Unit: PHL-E-N

--------------------------------------------------------------------------------

B.2]*  Unfair prejudice of all the robberies, as if there is evidence, I was involved or am the robber in them other then a theory is indeed PREJUDICE. This unlawful tactic was used by Detective Cartwright of Abington to UNCONSTITUTIONALLY have me charged with the robbery of C.V.S. in her Jurisdiction by diverting the Magistrates attention with the other robberies. This tactic is in violation of the Constitution, the Due PROCESS of Law, Tarnishes the Integrity of Law enforcement. IF IT DO NOT FIT YOU MUST ACQUIT!!!!!! Removing these bald and unilluminating assertions and obeying the Constitution, the due process, directives, protocol, Jurisdictional policy having a regard for the truth. There would be no PROBABLE CAUSE TO ARREST ME. Craftiness can not uphold our LAWS then the LAWS would be prejudice as here. I will show now by removing the Unfair PREJUDICE and assert all the facts there is and was NO PROBABLE CAUSE for my arrest.

******LAWFUL AFFIDAVIT OF PROBABLE CAUSE WITH THE UNFAIR PREJUDICE******
REMOVED AND ALL THE FACTS STATED IN THIS CIRCUMSTANTIAL CASE.

*(1.)  I decided to do a GEO-FENCE based off a HUNCH to see if I can find CELL PHONES and tie them to suspects, based off people being known to have cell phones.

*(2.)  I also decided to do a GEO-FENCE for TWO OTHER AREA'S WHERE ROBBERIES HAPPENED OUTSIDE OF MY JURISDICTION AND THIS COMMONWEALTH.

*(3.)  I obtained GEO-FENCE the IMEI WAS NOT IN MY JURISDICTION AT THE TIME AND DATE OF THE ABINGTON C.V.S. I
AM INVESTIGATING but it was in the other two locations I am not investigating in CLAYMONT DELAWARE & SPRINGFIELD PENNSYLVANIA.

*(4.)  Based of the Timing advance I seen a WAWA video of SHAWN JASON, he can not be deemed the robber from the video of the C.V.S. he only had on black boots as the robbery suspect nothing else. There was also White S.U.V.'S , I believe one is the arcadia nothing else. SEE ("EXHIBIT#2" PHOTO OF SUSPECT IN THE MENTIONED C.V.S. ROBBERY, ALSO
"EXHIBIT#3" WHAT I HAD ON IN THE WAWA MINUTES BEFORE THE C.V.S. ROBBERY WITH A SLEEVELESS T-SHIRT WHERE YOU
CAN SEE MY BARE ARMS AND TATTO'S, MY FACE AND HAIR. "EXHIBIT#4" IS HOW I LOOKED WITH THE CLOTHES IN EXHIBIT#3). I DID NOT SEE SHAWN JASON ENTER THE ARCADIA OR ANY OTHER VEHICLE.

*(5.)  This is all Detective Cartwright used at the time of my arrest to arrest me, she then goes on a ROGUE "FISHING EXPEDITION" to include evidence, make it fit her way, or whatever she done creating evidence. Clearly you can see her maneuvers now! This is a violation of not only Policing, but our Constitution, and due process. FISHING EXPEDITIONS in warrants not supported by evidence as this case VIOLATES FOURTH AMENDMENT, SEE UNITED STATES VS ZIMMERMAN, 277
F.3D 426, (3d. cir 2002) Now coupling with my FOURTEENTH AMENDMENT from the Government adopting this case from the

TRULINCS 41383511 - JASON, SHAWN - Unit: PHL-E-N

---------------------------------------------------------------------------------

FROM: 41383511
TO: Chestnut, Vernon
SUBJECT: MOTIONS
DATE: 06/21/2026 08:27:25 AM

State with serious "SEIZURE & SEARCH" violations which is UNACCEPTABLE IN THIS FEDERAL COURT AND CAN NOT

CONFORM TO THE INTEGRITY OF THE FEDERAL LAW ENFORCEMENT, now violating my FOURTEENTH AMENDMENT from

the adoption from the state, see, ELKINS VS UNITED STATES, 364 U.S. 206, 80 S.CT. 1437 (1960) Nexuses CAN NOT be

based off of MERE SPECULATION, THIS IS CLEARLY what detective cartwright done in this case, see, UNITED STATES

VS LOY, 191 F.3d 360, 365 (3d. cir 1999). The only evidence at the time of my arrest was SPECULATION and the

illegal activities that led to my arrest which can be drawn from inference the planting and manipulating of evidence.

*(6)   Detective Cartwright clearly knows how to deceitfully work our system to SWAY withholding FACTS in her KEN that

any reasonable person would have known that this was the kind of thing the judge would wish to know:

> {1}. As the phone not being in her jurisdiction of Abington.
> {2}. No charges has been brought up for all the mentioned robberies nor evidence.
> {3}. I did not have on nothing the robber had on, but black boots looking similar.
> {4}. No one seen me in no Acadia.

*(7)   In order for law enforcement to have reasonable grounds which they must to arrest someone for committing a

crime, see, DRAPER VS UNITED STATES, 358 U.S. 307,310 (1959). An arrest as here not founded on PROBABLE CAUSE

constitutes an unreasonable seizure, in violation of the FOURTH AMENDMENT. Then goes on an out of jurisdiction

rampage to justify her actions. LOOK how all this just lines up for her as if she was psychic...... ILLEGAL SEIZURES OR

SEARCHES may not become LEGALIZED by DISCOVERY OF EVIDENCE UPON A SEARCH; see, BROWN VS UNITED STATES 83

F.2d 383, 1936 U.S. App LEXIS 2529 (3D. CIR 1936); This is the same case here, these STATE LAW ENFORCEMENT tries to

get PROBABLE CAUSE as they go, this is UNCONSTITUTIONAL. Also success of a search in revealing evidence of violation

of law is IMMATERIAL so far as validity of SEIZURE & SEARCH is concerned; see, BYARS VS UNITED STATES, 273 U.S. 28, 47

S.CT. 248, 71 L.Ed. 520, 1927 U.S. LEXIS 679 (1927).

*(8)   Detective Cartwright then says she uses a data base to see who owns Money Makers LLC which is protected

information, and must be obtained via warrant or calling to inquire IN order to receive correct information. Money

Makers LLC, is not just my company from day one I had/have a partner and it's been this way since 2012. It is no system

to just connect me to this company and not my partner whom resides in NEW JERSEY. Detective Cartwright, under oath

claims "LAW ENFORCEMENT DATA BASE TLO HAD BOTH OF MY NUMBERS CAME BACK ASSOCIATED TO ME" then she ran

information on the business MONEY MAKERS LLC, see ( *preliminary hearing notes page#70 line 12*). also see, from the

TRULINCS  41383511 - JASON, SHAWN - Unit: PHL-E-N

--------------------------------------------------------------------------------

same notes (* PAGES 93 TO PAGE 96 LINE #1 "ATTRIBUTION" ) There is no evidence of this information from TLO, to tie this

phone to me or anyone, which is a MUST under these CIRCUMSTANCES being this is a CIRCUMSTANTIAL CASE. Every

INTRICATE FACT is critical being the way of this case with non identifying witnesses, NO WITNESSES to say I am the

robber. The way this case was handled the wrong person can be seized and jailed as now. Detective Cartwright clearly

omitted critical information/facts and only used the facts to her favor. This is not to be rewarded, for our LAW integrity

is to free a 100 guilty, then to imprison ONE INNOCENT.

*(9)  In this case all facts are to be given in a manner in accordance with law, the constitution, the integrity of law

enforcement, and respect for FREEDOM. Detective Cartwright did not have PROBABLE CAUSE to arrest me, and again

withholding information being this a circumstantial case. Information is of a kind a reasonable judge would want to

consider in choosing to issue a warrant, see, WILSON VS RUSSO, 212 F.3d 781, 788 (3d. cir 2000).

*(10.)          FRUIT OF THE POISONOUS TREE

  All evidence obtained directly or indirectly from the/this unlawful "ARREST" "SEIZURE" of me must be suppressed as the

fruits of the initial ILLEGALITY of my arrest. see, UNITED STATES VS MATTHEWS, 597 F. Supp. 3d. 694, 707 (E.D. Pa. 2019)

AND, UNITED STATES VS HERROLD, 962 F.2d 1137.

*(11.)  This court has the AUTHORITY to right this wrong and not allow this unlawful act to become a Lawful act as the

robbery itself which I did not committed endangering citizens as I to these unlawful tactics threatening our freedom based

off of the law enforcement's clever ways. To remove the UNFAIR PREJUDICE and use all the facts there will be no PROBABLE

CAUSE to arrest me for the crimes charged. A REVIEWING COURT SHOULD NOT SIMPLY RUBBER STAMP A MAGISTRATE

JUDGES FINDINGS, see UNITED STATES VS ZIMMERMAN, 277 F.3d 426, 433 (3d cir 2002). If this court can not see a
favorable

ruling now for the defense I request further argument in a evidentiary hearing pursuant to FEDERAL RULES OF CRIM., P.

12(C) There are clearly disputed questions of facts, mixed questions of law & facts to not see there was not

PROBABLE CAUSE to arrest me. When another was at 3 robberies and with a car used in some, he was not arrested nor

was his home or motel searched.

  IV.          CONCLUSION

  For the foregoing reasons, I, pro se, Accused, Shawn T. Jason, respectfully requests that the court rule/suppress

my arrest without PROBABLE CAUSE and any all of the evidence that followed be suppressed as the fruits, all derivative
evidence. I did not use this as a franks request, though it's supported but I can not get the offer of proof for I do not have

the investigator this court granted me. Crimes I was not charged with nor is there factual evidence linking me to these

crimes can not be used as leverage to gain PROBABLE CAUSE for the robbery of the Abington C.V.S. The Magistrate that

TRULINCS  41383511 - JASON, SHAWN - Unit: PHL-E-N

--------------------------------------------------------------------------------

signed off on this PROBABLE CAUSE was indeed tricked in signing off on this take away the prejudice and add all the facts

there will be no PROBABLE CAUSE for my arrest, then the invasion that came after.

RESPECTFULLY SUBMITTED,

DATE:

06-24-2026

Shawn T. Jason

ACCUSED, PRO SE, SHAWN T. JASON

TRULINCS  41383511 - JASON, SHAWN - Unit: PHL-E-N

---

FROM: 41383511
TO: Chestnut, Vernon
SUBJECT: MOTIONS
DATE: 06/12/2026 08:19:17 AM

CERTIFICATE OF SERVICE

_____

I, Shawn T. Jason, pro se, ACCUSED, hereby icertify that a true and correct copy of this motion to dismiss was

served via FIRST CLASS MAIL to Amanda McCool, Esq., & Amanda Reinitz, A.U.S.A. at the UNITED STATES ATTORNEY'S

OFFICE located at 615 Chestnut Street, Philadelphia  PA., 19106.

DATE:

06·24·2026

_____
SHAWN T. JASON, PRO SE, ACCUSED

Provided On:        April 04, 2024
Tracking ID:        4969868
RE:                 7178574110
Case No.:           24-007186 C

**T··Mobile··**

### Subscriber Details:

| | |
|---|---|
| Subscriber Name | MONEY MAKERSLLC |
| Subscriber Address | 310 ROBINSON AVE APT A ATLANTIC CITY NJ 08401-2114 |
| Subscriber Status | C |
| Subscriber Name Effective Date | 02/05/2024 |

### Account Details:

| | |
|---|---|
| Activation Date | 02/05/2024 |
| Termination Date | 03/09/2024 |
| Account Name | MONEY MAKERSLLC |
| Account No | 842305723 |
| Account Effective Date | 02/05/2024 |
| Account Expiration Date | |

### Device Details:

| | |
|---|---|
| Phone Model | IPHONE 12 64G BLK TMUS KIT |
| iCCID | 8901260634922947249F |
| IMSI | 310260632294724 |
| MDN Effective Date | 03/05/2024 |
| MDN Expiration Date | 03/09/2024 |
| MSISDN No | 7178574110 |
| Device Network Type | G |
| Device Number | 353834925697265 |

THis IS what Came BACK oN the the UNlawful GEO-FENCE Leading to my ARRest.

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

USA_001521        Page: 1 of 1



**POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: 04/23/2024 | OTN/LiveScan Number | | Complaint 14791 | Incident Number 24-007186 |
|---|---|---|---|---|---|
| Defendant Name | First: SHAWN | Middle: T | | Last: JASON | |

## AFFIDAVIT OF PROBABLE CAUSE

On February 22, 2024 at 1445 hours, Abington Police Department officers responded to a completed armed robbery at CVS, 2622 Jenkintown Road in the Glenside section of Abington Township (Montgomery County, PA). Pharmacy employees reported that a male suspect had approached the counter and then stepped over the partition door, entering the employee area of the pharmacy. Employees reported the suspect brandished a firearm, with a silver slide and black body, and demanded narcotics. The suspect, with firearm in hand, instructed the pharmacist to show him the safe where the narcotics were stored. The pharmacist led the suspect to the safe where he loaded numerous bottles of oxycodone, Percocet and methylphenidate into a black duffle bag. The suspect then exited the pharmacy area by stepping back over the partition door and left out the front doors of the CVS.

Security video showed that on February 22, 2024 at 14:40 the suspect enters through the CVS front doors wearing white quarter zip fleece, the fleece has a thin black line down the arms, black pocket on the left breast, dark pants, black boots, a black trapper hat, sunglasses, and yellow/white surgical mask. Additionally, he has a black Converse duffle bag worn cross body. He is barehanded upon entering and appears to be a light skin black male. The suspect walks down the aisle, heading towards the rear of the store where the pharmacy is located. The suspect can be seen putting gloves on his one hand while standing outside of the pharmacy partition door. At 14:41 the suspect climbs over the partition door, entering the pharmacy area. The pharmacist appears on camera with the suspect following behind her. The suspect is carrying a firearm with a silver slide and black body in his right hand. The suspect can be seen loading numerous bottles of narcotics from the safe into his duffle bag while still holding the firearm. At 14:43 the suspect leaves the pharmacy area and exits the CVS through the front door. The loss suffered by CVS is roughly 4,786 pills, totaling $20,532.00 in value.

Additional video was obtained and revealed the suspect vehicle is a white GMC Acadia, with fraudulent PA paper tag 4728125. At 1415 hours the Acadia pulls into the parking lot at 501 Edgehill Road. The vehicle stays parked for 12 minutes, before leaving, heading north on Edgehill Road and then west on Jenkintown Road. At 1432 hours the Acadia comes back into the parking lot at 501 Edgehill Road, parking in a different parking space. At 1439 hours a subject exits the passenger rear of the Acadia. The subject is wearing a white quarter zip fleece, the fleece has a thin black line down the arms, black pocket on the left breast, dark pants, black boots, a black trapper hat, sunglasses, and yellow/white surgical mask. Additionally, he has a black Converse duffle bag worn cross body. He walks across the parking lot, towards the CVS, and approaches the front of the CVS. The cameras show him walking into the CVS around 1440 hours. He is then seen exiting CVS at 1443 hours and walks back to the Acadia in the parking lot at 501 Edgehill Road. He re-enters the passenger rear of the Acadia and the Acadia leaves the lot, heading south on Edgehill Road.

I disseminated images of the suspect and details of the robbery on a regional crime sharing email list and requested any law enforcement agency investigating similar incidents to contact me. On February 27, 2024 I was contacted by Det. Maitland of the Philadelphia Police Department that he was investigating similar robberies that occurred on January 23rd and January 24th, 2024. On January 23, 2024 at 1921 hours an armed robbery occurred at the Family Dollar, 5716 Baltimore Ave, Philadelphia, PA 19143. During this robbery a suspect enters the Family Dollar, and proceeds to the cash register. The suspect appears to be a light skin black male. He displays a firearm, with a silver slide and black body. While pointing the firearm, he demands money from the cashier's cash register. The suspect is wearing long sleeves, a winter hat, and a face covering. The suspect then leaves out the front doors of the store after obtaining roughly $200.00 in the robbery.



EXHIBIT "1" & "3" Pages
is
Page 2 and 3



**POLICE CRIMINAL COMPLAINT**

**AFFIDAVIT CONTINUATION PAGE**

| Docket Number: | Date Filed: 04/23/2024 | OTN/LiveScan Number | | Complaint 14791 | Incident Number 24-007186 |
|---|---|---|---|---|---|
| Defendant Name | First: SHAWN | Middle: T | | Last: JASON | |

## AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

On January 24, 2024 at 1441 hours an armed robbery occurred at Walgreens, 2014 S Broad Street, Philadelphia. The male suspect was dressed in the same hooded long sleeve sweatshirt as the Family Dollar robbery on January 23, 2024. Additionally, he appeared to be wearing the same winter hat and a face mask. The suspect appears to be a light skin black male. During this robbery a male suspect proceeds to the pharmacy section of the Walgreens. He displays a firearm, with a silver slide and black body. While pointing the firearm in the direction of the pharmacist, he demands narcotics be placed in a bag he provides. The suspect then leaves out the front doors of the store after obtaining an unknown amount of narcotics in the robbery.

Philadelphia Police Department (PPD) developed a suspect vehicle during the investigation of the Walgreen robbery on January 24, 2024. Video cameras in the area capture a white Toyota Prius hatchback with PA registration plate # LXA-8277 driving in the area just minutes prior to the robbery. The Toyota Prius parks on 2200 S. Rosewood Street and the suspect exits the front passenger seat of the vehicle and walks north on 2200 S. Rosewood St. towards the Walgreens. Cameras continue to follow the suspect as he walks approximately one and a half blocks towards the Walgreens and commits the robbery. Following the robbery, the offender walks back along the same path and enters the front passenger door of the same white Toyota Prius, which drives away and out of camera view.

I was contacted by Det. Murray of the Cheltenham Police Department that he was investigating a similar robbery that occurred on January 26th, 2024. On January 26, 2024 an armed robbery occurred at a Walgreens pharmacy in Cheltenham Township. Security video shows a light skin black male suspect enter the store at 1242 hours. The suspect was wearing long sleeves, long pants, a mask and winter hat. He approached the pharmacy and brandished a firearm, with a silver slide and black body, and demanded narcotics. The pharmacist complied and the suspect loaded numerous bottles of narcotics into a bag. The suspect leaves the pharmacy area and exits through the Walgreens front door. Walgreens suffered a loss of approximately 535 pills. I reviewed video and still images of the robbery and the suspect is wearing the same clothes as in the Family Dollar robbery.

On January 26, 2024 the suspect Prius was entered into NCIC in felony status. On January 28, 2024 at approximately 1935 hours, Pennsylvania State Troopers ("PSP") contacted PPD in reference to locating the felony Prius in the parking lot of the Red Roof Plus located at 49 Industrial Hwy, Essington PA 19029. The Toyota Prius felony hold was confirmed by the Troopers and the vehicle was secured, then towed to a PPD impound lot by PSP. The operator and sole occupant of the Prius, Troy Quarles, B/M, DOB 02/12/1979, was charged with possession of marijuana and was released pending further investigation. Quarles provided his phone number to the Troopers (267-415-5848) which they confirmed by calling the number and Quarles's phone rang.

A search warrant was executed on the Prius. Located inside the vehicle a reusable Shoprite bag that strongly resembled the bag used in the January 24th robbery. PPD additionally obtained and executed a search warrant to AT&T for Quarles' location records in relation to his phone number (267)415-5848. The return from AT&T shows Quarles' device present in the area of the three aforementioned armed robberies (1/23/24 Family Dollar, 1/24/24 Walgreens and 1/26/24 Walgreens).

On March 8, 2024 at 1346 hours I served a search warrant to T-Mobile to obtain information to identify the users/possessors of handheld cellular devices at the scene of the robbery that occurred in Abington

PAGE # 2

*(margin, right side, vertical:)* TURN OVER FOR PAGE 3

EXHIBIT "1"

Page 4 and 5

**POLICE CRIMINAL COMPLAINT**

AFFIDAVIT CONTINUATION PAGE

| Docket Number: | Date Filed: 04/23/2024 | OTN/LiveScan Number | | Complaint 14791 | Incident Number 24-007186 |
|---|---|---|---|---|---|
| Defendant Name | First: SHAWN | Middle: T | | Last: JASON | |

## AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

aforementioned Claymont, Delaware robberies.  His pants, shoes and Converse bag worn in this robbery are identical to those worn in both the Abington, PA and Claymont, DE robbery.

Video footage was obtained from the Springfield robbery showing a gray VW Tiguan in the area during the robbery.  The VW was displaying fraudulent PA paper tag 4728125.  Additionally, license plate readers in the area of the March 8th robbery were checked.  A dark gray Dodge caravan was in the area of Claymont Delaware on March 8th, displaying fraudulent PA paper tag 4728125.  Delaware state police also reviewed video showing the van in the area of the robbery. This fraudulent paper tag was displayed on vehicles used in the robberies at Abington, Springfield and Claymont robberies.

Based on the above circumstances, I believe the same suspect is responsible for the robbery in Abington Township on February 22, 2024 and the robberies in Philadelphia on January 23rd and 24th, in Cheltenham on January 26th, 2024, in Claymont, DE on March 8, 2024 and in Springfield, PA on March 9, 2024.

On March 24, 2024, I received the requested information from T-Mobile.  The records included three separate Excel spreadsheets, one for all devices present at each of the three locations (Abington, Springfield and Claymont).  The records were analyzed and it was determined that of the thousands of devices that were present at any one of the three locations, only one device was present at two of the locations during the time frame of each of the robberies.  That device was an iPhone (IMSI 310260632294724, IMEI 353834925697265).

On March 29, 2024 a warrant was prepared and served on T-Mobile for all available records/information for IMSI  310260632294724, IMEI  353834925697265.

On April 10, 2024 I received the information back from T-Mobile regarding IMEI 353834925697265.  The records revealed the phone number for the IMEI is 717-857-4110 and 267-276-5572.  Information supplied by T-Mobile revealed that the 717 phone number was effective as of February 5, 2024.  The data for this phone number ends on March 9, 2024.  Information supplied by T-Mobile revealed the IMEI stays the same, but the phone number is changed to 267-276-5572, effective as of the afternoon on March 9, 2024.  This IMEI subscriber name is Money Makers LLC. The subscriber address is 310 Robinson Ave, Apt A, Atlantic City, NJ 08401.

Through law enforcement databases the phone number 717-857-4110 is listed as a phone number for Shawn Jason (DOB: 8/21/1976).  Additionally, the phone number 267-276-5572 is also listed as a phone number for Shawn Jason.  Shawn Jason is a middle aged, light skin Black male.

Through law enforcement databases Shawn Jason's employer is listed as Money Makers Home Improvement.  Shawn Jason's SSN is 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.  This SSN is also listed as the SSN for "Money Makers LLC".  Additionally, the DOB listed for Money Makers LLC is 8/21/1976. The email address for Shawn Jason's previous Facebook account is money.makersllc@iclcud.com.
The address for Money Makers LLC is 1846 North Street, Harrisburg, PA 17103.  This is also the same address listed on Shawn Jason's license.

Analysis of both Troy Quarles' and Shawn Jason's phone records was conducted.  Shawn and Jason communicate using their cell phones on January 16, 2024 around 2300 hours Shawn Jason

AOPC 411C - Rev. 12/21                                                                 Page      of

TURN OVER FOR PAGE 5

PAGE #4

EXHIBIT "2"



ABINGTON C.V.S. ROBBERY
SUSPECT

USA_001515

6-3



EXHIBIT "3"

WHAt I HAd ON IN THE WAWA Video

EXHIBIT "4"

LOOK LIKE THE WAWA VIDEO WEARING EXHIBIT 3

Ghant, Jason #41383-5__
F.D.C. Phila
P.O. Box 562
Philadelphia PA 19106

  

Clerk of Court [Motion Filing] Room 2609

United States Court House

601 Market Street

Philadelphia          PA., 19106

U.S.M.S.
X-RAY.

**RECEIVED**

JUL - 7 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

