UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797


George Wylesol                                                                     Clerk's Office
Clerk of Court                                                                     215-597-7704

8/6/26


SHAWN JASON
#41383-511
PHILADELPHIA
FEDERAL DETENTION CENTER
Inmate Mail/Parcels
P.O. BOX 562
PHILADELPHIA, PA 19106


Response to Status Request
RE: Civil Action No. 24-cr-358-1

Dear Mr. Jason,

We have received your request for information on the status of your case. In
response, we are providing a copy of the last 5 pages of the docket sheet in
this case.


Sincerely,

GEORGE WYLESOL
Clerk of Court

By:

Steve Tomas
Deputy Clerk