| 01/15/2026 | 93 | SEALED LETTER AS TO SHAWN JASON. (FILED UNDER SEAL). (jcz) (jcz). (Entered: 01/16/2026) |
|---|---|---|
| 01/15/2026 | 94 | SEALED ORDER AS TO SHAWN JASON. Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 1/15/2026. (FILED UNDER SEAL)1/16/2026 Entered and Copies E-Mailed. (jcz) (jcz). (Entered: 01/16/2026) |
| 01/16/2026 | 96 | Clerks Office Response to Case Status Request by SHAWN JASON (Attachments: # 1 Docket Entries)(sbt) (Entered: 01/16/2026) |
| 01/16/2026 | 97 | RESPONSE in Opposition re 72 First MOTION to Suppress *Geofence Warrant* filed by USA (McCool, Amanda) (Entered: 01/16/2026) |
| 01/16/2026 | 98 | RESPONSE in Opposition re 71 First MOTION to Suppress *Physical Evidence*, 86 First MOTION to Suppress *Physical Evidence - Hotel*, 73 First MOTION to Suppress *Physical Evidence Pursuant to StingRay*, 87 First MOTION to Suppress *and Franks Hearing* filed by USA (McCool, Amanda) (Entered: 01/16/2026) |
| 01/16/2026 | 99 | SEALED EXHIBIT BY USA AS TO SHAWN JASON. (FILED UNDER SEAL). (jcz) (jcz). (Entered: 01/20/2026) |
| 01/16/2026 | 100 | SEALED MOTION BY USA AS TO SHAWN JASON. (FILED UNDER SEAL). (jcz) (jcz). (Entered: 01/20/2026) |
| 01/16/2026 | 102 | SEALED EXHIBITS by USA as to SHAWN JASON.(mac) (Additional attachment(s) added on 1/20/2026: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (mac). (Entered: 01/20/2026) |
| 01/16/2026 | 103 | SEALED MOTION FILED BY USA AS TO SHAWN JASON. (mac) (mac). (Entered: 01/20/2026) |
| 01/20/2026 | 101 | SEALED ORDER AS TO SHAWN JASON (1). Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 1/20/26.1/20/26 ENTERED AND COPIES E-MAILED.(mac) (mac). (Entered: 01/20/2026) |
| 01/20/2026 | 104 | SEALED ORDER AS TO SHAWN JASON. Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 1/20/26.1/20/26 Entered and Copies E-Mailed. (mac) (mac). (Entered: 01/20/2026) |
| 01/26/2026 | 105 | First MOTION to Suppress *in Reply to the Government's Omnibus Response* by SHAWN JASON. (CHESTNUT, VERNON) (Entered: 01/26/2026) |
| 01/26/2026 | 106 | SEALED EXHIBIT filed by SHAWN JASON.(mac) (mac). (Entered: 01/26/2026) |
| 01/26/2026 | 107 | SEALED MOTION FILED BY SHAWN JASON, CERTIFICATE OF SERVICE. (mac) (mac). (Entered: 01/26/2026) |
| 01/27/2026 | 108 | SEALED ORDER AS TO SHAWN JASON. Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 1/27/26.1/27/26 Entered and Copies E-Mailed. (mac) (mac). (Entered: 01/27/2026) |
| 02/02/2026 | 109 | Request for Status Update dated 01/27/2026 by SHAWN JASON (pjm) (Entered: 02/02/2026) |
| 02/02/2026 | 110 | Clerk's Office Response to Status Update (Attachments: # 1 Partial Docket Sheet) (pjm) (Entered: 02/02/2026) |
| 02/03/2026 | 111 | Minute Entry for proceedings held before DISTRICT JUDGE KELLEY BRISBON HODGE in Courtroom 15A:Motion Hearing as to SHAWN JASON held on 2/2/26. Defendant sworn. Witnesses called and sworn. Defendant submits |

| | | | |
|---|---|---|---|
| | | | and oral motion to proceed pro se - under advisement. Court defers ruling on the following motions as outlined herein pending a second hearing to be held after the Motion to Suppress is fully briefed. Trial will be rescheduled following the Court's decision on all pending motions.Court Reporter ESR.(mac) (Entered: 02/03/2026) |
| 02/05/2026 | | 112 | PRO SE ORAL MOTION TO PROCEED PRO SE AS TO SHAWN JASON. (mac) (Entered: 02/05/2026) |
| 02/05/2026 | | 113 | ORDER AS TO SHAWN JASON THAT DEFENDANT'S REQUEST TO PROCEED PRO SE AT A HEARING ON FEBRUARY 2, 2026 IS HELD UNDER ADVISEMENT UNTIL THE NEXT COURT PROCEEDING. Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 2/5/26.2/5/26 Entered and Copies Mailed and E-Mailed. (mac) (Entered: 02/05/2026) |
| 02/05/2026 | | 114 | ORDER THAT DEFENDANT'S MOTION TO SUPPRESS AND REQUEST FOR A FRANKS V. DELAWARE HEARING 87 IS DENIED AS TO SHAWN JASON (1). Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 2/5/26.2/5/26 ENTERED AND COPIES E-MAILED.(mac) (Entered: 02/05/2026) |
| 02/12/2026 | 🔒 | 115 | SUPERSEDING INDICTMENT as to SHAWN JASON (1) count(s) 1s, 2s, 3s, 4s. (Attachments: # 1 Designation Form) (jcz) (Additional attachment(s) added on 2/12/2026: # 2 SIGNATURE PAGES, # 3 Info sheet) (jcz). (Entered: 02/12/2026) |
| 02/13/2026 | | 116 | NOTICE OF HEARING as to SHAWN JASON Arraignment set for 2/20/2026 at 1:30 PM in Courtroom 5C before MAGISTRATE JUDGE LYNNE A. SITARSKI. (lbc) (Entered: 02/13/2026) |
| 02/20/2026 | 🔒 | 117 | Minute Entry for proceedings held before MAGISTRATE JUDGE LYNNE A. SITARSKI in Courtroom 5C. Arraignment as to SHAWN JASON (1) Count 1s,2s,3s,4s held on 2/20/2026.Court Reporter ESR.(jcz) (Entered: 02/23/2026) |
| 02/20/2026 | | 118 | BAIL STATUS ORDER AS TO SHAWN JASON, PLEA ENTERED BY SHAWN JASON NOT GUILTY ON ALL COUNTS. Signed by MAGISTRATE JUDGE LYNNE A. SITARSKI on 2/20/2026.2/23/2026 Entered and Copies E-Mailed. (jcz) (Entered: 02/23/2026) |
| 03/20/2026 | | 119 | RESPONSE in Opposition re 105 First MOTION to Suppress *in Reply to the Government's Omnibus Response (CERTIFICATE OF SERVICE)* filed by USA (REINITZ, AMANDA) (Entered: 03/20/2026) |
| 03/20/2026 | | 120 | EXHIBIT 1 by USA as to SHAWN JASON. (FILED UNDER SEAL).(tomg) (tomg). (Entered: 03/20/2026) |
| 03/20/2026 | | 121 | SEALED MOTION by USA as to SHAWN JASON. (FILED UNDER SEAL). (tomg) (tomg). (Entered: 03/20/2026) |
| 03/26/2026 | | 124 | Case Status Request by SHAWN JASON dated 3/20/26. (sbt) (Entered: 04/09/2026) |
| 03/27/2026 | | 122 | Letter dated 3/20/2026 Re: Copy Work Request (Attachments: # 1 Clerk's Office Response)(pjm) (Entered: 03/27/2026) |
| 03/27/2026 | | 123 | SEALED ORDER AS TO SHAWN JASON (1). Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 3/27/26.3/27/26 ENTERED AND COPIES E-MAILED.(mac) (mac). (Entered: 03/27/2026) |
| 04/09/2026 | | 125 | Clerks Office Response as to Case Status Request by SHAWN JASON (Attachments: # 1 Docket Entries)(sbt) (Entered: 04/09/2026) |

| | | | |
|---|---|---|---|
| 04/24/2026 | 🔒 | 126 | TRANSCRIPT: Motion Hearing held on 2/2/26, before Judge Kelley B. Hodge. Court Reporter/Transcriber ESR. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/15/2026. Redacted Transcript Deadline set for 5/26/2026. Release of Transcript Restriction set for 7/23/2026. Transcriber: Velvet Quill Communications.(mac) (Entered: 04/24/2026) |
| 04/24/2026 | | 127 | Notice of Filing of Official Transcript with Certificate of Service re 126 Transcript - PDF,, 4/24/26 Entered and Copies Emailed. (mac) (Entered: 04/24/2026) |
| 04/30/2026 | | 128 | NOTICE OF HEARING as to SHAWN JASON STATUS CONFERENCE SET FOR 5/20/2026 at 11:00 AM IN Courtroom 15A BEFORE DISTRICT JUDGE KELLEY BRISBON HODGE. (lbc) (Entered: 04/30/2026) |
| 05/04/2026 | | 129 | MEMORANDUM AS TO SHAWN JASON. Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 5/4/26.5/5/26 Entered and Copies E-Mailed. (mac) (Entered: 05/05/2026) |
| 05/04/2026 | | 130 | MEMORANDUM AS TO SHAWN JASON. Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 5/4/26.5/5/26 Entered and Copies E-Mailed. (mac) (Entered: 05/05/2026) |
| 05/04/2026 | | 131 | MEMORANDUM AS TO SHAWN JASON. Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 5/4/26.5/5/26 Entered and Copies E-Mailed. (mac) (Entered: 05/05/2026) |
| 05/04/2026 | | 132 | ORDER AS TO SHAWN JASON THAT THE GOVERNMENT'S MOTION IN LIMINE IS GRANTED. DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE, MOTION TO SUPPRESS PHYSICAL EVIDENCE PURSUANT TO A GEOFENCE WARRANT, MOTION TO SUPPRESS PHYSICAL EVIDENCE OBTAINED PURSUANT TO STINGRAY, MOTION TO SUPPRESS PHYSICAL EVIDENCE FROM A HOTEL ROOM ARE DENIED. Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 5/4/26.5/5/26 Entered and Copies E-Mailed. (mac) (Entered: 05/05/2026) |
| 05/26/2026 | 🔒 | 133 | Minute Entry for proceedings held before DISTRICT JUDGE KELLEY BRISBON HODGE: Status of Counsel Hearing as to SHAWN JASON held on 5/20/26. Defendant sworn. Court colloquies defendant as to his letter/motion for new counsel. Court grants the motion and appoints Vernon Chestnut, Esquire as standby counsel. Order to follow. Trial is scheduled for February 18, 2027, at 9:30 a.m., in Courtroom 15A, etc. Order to follow.(mac) (Entered: 05/26/2026) |
| 05/26/2026 | | 134 | ORDER AS TO SHAWN JASON THAT DEFENDANT'S ORAL MOTION TO PROCEED PRO SE IS GRANTED, ETC. Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 5/26/26.5/26/26 Entered and Copies Mailed and E-Mailed. (mac) (Entered: 05/27/2026) |
| 05/26/2026 | | | ***Set/Reset Deadlines re Motion or Report and Recommendation in case as to SHAWN JASON RESPONSES DUE BY 8/24/2026. (mac) (Entered: 05/27/2026) |
| 05/27/2026 | | 135 | ORDER AS TO SHAWN JASON THAT TRIAL IS SPECIALLY LISTED TO COMMENCE ON, THURSDAY, FEBRUARY 18, 2027, AT 9:30 A.M., IN COURTROOM 15A, ETC. Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 5/26/26.5/27/26 Entered and Copies E-Mailed. (mac) (Entered: 05/27/2026) |

| | | | |
|---|---|---|---|
| 05/27/2026 | 🔒 | | (Court only) ***Excludable XT started as to SHAWN JASON: (mac) (Entered: 05/27/2026) |
| 05/29/2026 | | 136 | ORAL MOTION FOR AN INVESTIGATOR AS TO SHAWN JASON. (mac) (Entered: 05/29/2026) |
| 05/29/2026 | | 137 | ORDER AS TO SHAWN JASON THAT DEFENDANT'S ORAL MOTION FOR AN INVESTIGATOR IS GRANTED. Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 5/29/26.5/29/26 Entered and Copies E-Mailed. (mac) (Entered: 05/29/2026) |
| 06/01/2026 | 📌 | 138 | PRO SE ACCUSED MOTION TO COMPEL GRAND JURY TRANSCRIPTS/MINUTES, CERTIFICATE OF SERVICE BY SHAWN JASON. (jcz) (Entered: 06/02/2026) |
| 06/15/2026 | 📌 | 139 | PRO SE MOTION TO COMPEL DISCOVERY FILED BY SHAWN JASON, CERTIFICATE OF SERVICE. (mac) (Entered: 06/17/2026) |
| 06/17/2026 | 📌 | 140 | PRO SE MOTION TO DISMISS FOR DENIAL OF CONSTITUTIONAL RIGHTS OF DUE PROCESS SELECTIVE PROSECUTION, PRE-INDICTMENT DELAY AND RIGHT TO SPEEDY TRIAL FILED BY SHAWN JASON, CERTIFICATE OF SERVICE. (mac) (Entered: 06/18/2026) |
| 06/29/2026 | | 141 | MOTION TO UNSEAL TRANSCRIPT AS TO SHAWN JASON. (mac) (Entered: 06/29/2026) |
| 06/29/2026 | | 142 | ORDER AS TO SHAWN JASON THAT THE EX PARTE AND SEALED PORTIONS OF THE TRANSCRIPTS FOR THE HEARINGS HELD ON DECEMBER 4, 2024, AND APRIL 7, 2025, ARE UNSEALED FOR THE LIMITED PURPOSE OF TRANSCRIBING A COPY FOR DEFENDANT. Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 6/29/26.6/29/26 ENTERED AND COPIES E-MAILED.(mac) (Entered: 06/29/2026) |
| 06/30/2026 | | 143 | Pro Se Letter as to SHAWN JASON. (mac) (Entered: 06/30/2026) |
| 07/07/2026 | 📌 | 144 | PRO SE MOTION TO SUPPRESS STATE'S WARRANT OF PROBABLE CAUSE TO ARREST SHAWN T. JASON, CERTIFICATE OF SERVICE BY SHAWN JASON. (jcz) (Entered: 07/07/2026) |
| 07/08/2026 | | 145 | ORDER AS TO SHAWN JASON, UPON CONSIDERATION OF DEFENDANTS LETTER 143 TO CHAMBERS DATED JUNE 17, 2026, WHICH THE COURT CONSTRUES AS A MOTION FOR AUTHORIZATION OF CRIMINAL JUSTICE ACT (CJA), FUNDS FOR THE APPOINTMENT OF A PARALEGAL AND INVESTIGATOR, AND FOR THE PRODUCTION OF HEARING TRANSCRIPTS (THE MOTION), IT IS HEREBY ORDERED AS FOLLOWS: 1. AN EX PARTE HEARING WITH DEFENDANT REGARDING THE MOTION WILL BE HELD ON JULY 23, 2026 AT 10:00 A.M. IN COURTROOM 15A. 2. DEFENDANTS REQUEST FOR AN ORDER DIRECTING THE COURTS TRANSCRIPTION DEPARTMENT TO PROVIDE TRANSCRIPTS FROM RECENT HEARINGS IS DENIED AS MOOT. 3. DEFENDANTS REQUEST FOR AN INVESTIGATOR IS DENIED AS MOOT. Signed by DISTRICT JUDGE KELLEY BRISBON HODGE on 7/8/2026. 7/9/2026 Entered and Copies mailed and E-Mailed. (jcz) (Entered: 07/09/2026) |
| 07/13/2026 | 📌 | 146 | PRO SE MOTION TO SUPPRESS THE STATE WARRANT TO T-MOBILE ON MARCH 29, 2024 FOR LACKING PROBABLE CAUSE. WARRANT FOR ALL AVAILABLE RECORDS/INFORMATION FOR IMSI 310260632294724 & IMEI |

| | | | |
|---|---|---|---|
| | | | 353834925697265, CERTIFICATE OF SERVICE BY SHAWN JASON. (jcz) (Entered: 07/14/2026) |
| 07/15/2026 | | 147 | NOTICE OF HEARING ON MOTION in case as to SHAWN JASON 139 MOTION to Compel, 146 MOTION to Suppress, 138 MOTION to Compel, 140 MOTION to Dismiss, 144 MOTION to Suppress : EX PARTE MOTION HEARING SET FOR 7/23/2026 AT 10:00 AM IN Courtroom 17A BEFORE DISTRICT JUDGE KELLEY BRISBON HODGE. (lbc) (Entered: 07/15/2026) |
| 07/15/2026 | | 148 | SEALED TRANSCRIPT of Proceedings as to SHAWN JASON held on 12/4/24 before Judge Kelley B. Hodge. Court Reporter: ESR. Transcriber: E-Typist, Inc. (mac) (mac). (Entered: 07/15/2026) |
| 07/15/2026 | | 149 | SEALED TRANSCRIPT of Proceedings as to SHAWN JASON held on 4/7/25 before Judge Kelley B. Hodge. Court Reporter: ESR. Transcriber: E-Typist, Inc. (mac) (mac). (Entered: 07/15/2026) |
| 07/15/2026 | 🔒 | 150 | TRANSCRIPT: Motion Hearing held on 12/4/24, before Judge Kelley B. Hodge. Court Reporter/Transcriber ESR. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/5/2026. Redacted Transcript Deadline set for 8/17/2026. Release of Transcript Restriction set for 10/13/2026. Transcriber: E-Typist, Inc.(mac) (Entered: 07/15/2026) |
| 07/15/2026 | 🔒 | 151 | TRANSCRIPT: Status Hearing held on 4/7/25, before Judge Kelley B. Hodge. Court Reporter/Transcriber ESR. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/5/2026. Redacted Transcript Deadline set for 8/17/2026. Release of Transcript Restriction set for 10/13/2026. Transcriber: E-Typist, Inc.(mac) (Entered: 07/15/2026) |
| 07/15/2026 | 🔒 | 152 | TRANSCRIPT: Status Conference held on 4/17/25, before Judge Kelley B. Hodge. Court Reporter/Transcriber ESR. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/5/2026. Redacted Transcript Deadline set for 8/17/2026. Release of Transcript Restriction set for 10/13/2026. Transcriber: E-Typist, Inc.(mac) (Entered: 07/15/2026) |
| 07/15/2026 | | 153 | Notice of Filing of Official Transcript with Certificate of Service re 150 Transcript - PDF, 152 Transcript - PDF, 151 Transcript - PDF, 7/15/26 Entered and Copies Emailed. (mac) (Entered: 07/15/2026) |
| 07/20/2026 | 📎 | 154 | PRO SE MOTION TO VACATE ORDER AND RECONSIDER DENIAL OF STATE WARRANTS. MOTION TO SUPPRESS WITHOUT AN EVIDENTIARY HEARING FILED BY SHAWN JASON, CERTIFICATE OF SERVICE. (mac) (Entered: 07/21/2026) |